UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

OCT - 3 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE MATTER OF AN APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT DIRECTING THE )
PROVISION OF ANY SIGNALING )
INFORMATION, INCLUDING CELL SITE )
INFORMATION, PRECISION LOCATION )
INFORMATION, AND FACTORY )
INSTALLED "GPS" INFORMATION, )
ASSIGNED TO THE AT&T BRAND )
CELLULAR TELEPHONE BEARING )
NUMBER (314) 743-9384. )

No. 4:13MJ7212 (SPM)

FILED UNDER SEAL

## REPORT AND RETURN

**Date and Time Warrant**
**Sent to Service Provider:**   08-16-2013         11:44 a.m.
                                Date:              Time:

**Date and Time Information First**
**Received from Service Provider:**   08-16-2013         1:16 p.m.
                                      Date:              Time:

**Date and Time Terminated Receipt of**
**Information from Service Provider:**   09-30-2013         1:42 a.m.
                                         Date:              Time:

**Date of Return:**   10/03/2013         9:15 A.M.
                     Date:              Time:

The present warrant was obtained pursuant to Title 18, United States Code, Section 2703(c)(1)(A). Pursuant to Title 18, United States Code, Section 2703(c)(3), notice to the subscriber or customer is not required.

## CERTIFICATION

I declare under penalty of perjury that this Report is correct and was returned along with the original warrant(s) to the designated judge.

BRANDON MOLES
Special Agent - DEA

Dated this 3d day of October 2013.

DONE AND SO ORDERED:

SHIRLEY P. MENSAH
United States Magistrate Judge